**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

THOMAS A. BIBLE,               )
                                     )
        Plaintiff,           )
                                     )
vs.                         )      Case No. 14-cv-00325-JPG-RJD
                                     )
MICHAEL STRATTON, *et al.*,    )
                                     )
        Defendants.     )

## MEMORANDUM AND ORDER

      This matter comes before the court on the Report and Recommendation ("R & R") (Doc. 60) of Magistrate Judge Reona J. Daly with regard to Defendants Craig Harju and Michael Stratton's Motion (Doc. 54) for Summary Judgment.  No objections to the R & R were filed.

      The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3).  The Court must review *de novo* the portions of the report to which objections are made.  The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary.  *Id.*  "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

      The Court has received no objection to the Report and Recommendation.  The Court has reviewed the entire file and finds that the R & R is not clearly erroneous.  Accordingly, the Court hereby **ADOPTS** the Report in its entirety (Doc. 60) and **GRANTS** in part and **DENIES** in part Defendants Craig Harju and Michael Stratton's Motion (Doc. 54) for Summary Judgment.

Defendant Craig Harju is **DISMISSED** with prejudice and the Clerk of Court is **DIRECTED** to enter judgment accordingly at the conclusion of this matter.  Counts 1 and 2 will proceed against Defendant Michael Stratton.

**IT IS SO ORDERED.**

**DATED:**  12/6/2016

*s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**