IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TASHA MEALER, *as Mother and Next Friend of D.T.B., special representative and a minor*, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 3:14-cv-00325-JPG-RJD ) |
| MICHAEL STRATTON, *et al.*, | ) ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on the parties' joint stipulation of dismissal. (Doc. 98.) Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows dismissal of an action without a court order if the notice of dismissal is signed by all parties who have appeared in the case. Here, the parties have met the requirements of the rule. The Court **FINDS** that this case is **DISMISSED with prejudice** and **DIRECTS** the Clerk of Court to close this case.

**IT IS SO ORDERED.**

**DATED: MAY 2, 2018**

s/ *J. Phil Gilbert*
**J. PHIL GILBERT
DISTRICT JUDGE**
